UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIETA RYAN,

      Plaintiff,

v.                                Case No.: _____

PHOENIX FINANCIAL SERVICES, LLC,
and PENDRICK CAPITAL PARTNERS, LLC,

      Defendants.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendants, Phoenix Financial Services, LLC and Pendrick Capital Partners, LLC (collectively, Defendants), through undersigned counsel, hereby remove the above-captioned civil action from the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  The removal of this civil case is proper because:

1.     Defendants are named in this civil action filed by plaintiff, Julieta Ryan, ("plaintiff"), in the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, titled *Julieta Ryan v. Phoenix Financial Services, LLC and Pendrick Capital Partners, LLC,* Case No.: 22-CC-011443 (hereinafter the "State Court Action").

2.  Defendants remove this case on the basis of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.* and the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681, *et seq.*, as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3.  Pursuant to 28 U.S.C. § 1446(b), Defendants have timely filed this Notice of Removal. Defendants were served with plaintiff's Complaint on March 2, 2022. This Notice of Removal is filed within 30 days of receipt of the Complaint by Defendants.

4.  Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5.  A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

WHEREFORE, Defendants, Phoenix Financial Services, LLC and Pendrick Capital Partners, LLC, hereby remove to this Court the State Court Action.

Dated: April 1, 2022

Respectfully Submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.

        Florida Bar No. 0106181
        Dayle M. Van Hoose, Esq.
        Florida Bar No. 0016277
        SESSIONS, ISRAEL & SHARTLE, LLC
        3350 Buschwood Park Drive, Suite 195
        Tampa, Florida 33618
        Telephone: (813) 890-2472
        Facsimile: (877) 334-0661
        mschuette@sessions.legal
        dvanhoose@sessions.legal
        *Counsel for Defendants,*
        *Phoenix Financial Services, LLC and*
        *Pendrick Capital Partners, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of April 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including the described below.

        Thomas M. Bonan, Esq.
        Seraph Legal, P.A.
        1614 N. 19th St.
        Tampa, FL 33605
        tbonan@seraphlegal.com

        */s/ Michael P. Schuette*
        Attorney